**Order filed April 13, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00078-CV**

_____

–

**LINDA BRUEGGEBORS, Appellant**

**V.**

**KINGWOOD SENIOR VILLAGE, Appellee**

---

**On Appeal from County Court at Law No. 4**
**Montgomery County, Texas**
**Trial Court Cause No. 11-25852**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the Court informed this court that appellant had not made arrangements for payment for the reporter's record. On March 8, 2012, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal on or before **May 14, 2012.** If appellant fails to comply with this order, the court will dismiss the appeal for

want of prosecution.


PER CURIAM